SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br><br>Thom Finks, et al,<br><br><br><br>　　　　Defendants | Case No.: CIV.S 09-cv-01271-MCE-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF F. LANGWITH BERRY AND ORDER**<br><br>Complaint Filed:  MAY 8, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (F. Langwith Berry) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).

///

///

///

///

1

PLAINTIFF'S REQUEST FOR DISMISSAL and ORDER

CIV: S-09-01271-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1    This case is to be remained open with remaining Defendants.  Defendant (F. Langwith
2    Berry) is dismissed because this Defendant is deceased.

4    Dated: August 12, 2009                                        /s/Scott N. Johnson
                                                                   SCOTT N. JOHNSON
5                                                                  Attorney for Plaintiff

7    **IT IS SO ORDERED**.

8    DATED: August 14, 2009

                                                        _____
                                                        MORRISON C. ENGLAND, JR
                                                        UNITED STATES DISTRICT JUDGE

2

PLAINTIFF'S REQUEST FOR DISMISSAL and ORDER
                                                         CIV: S-09-01271-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com